(33 South. 308.)

No. 14,653.

### STATE v. RASBERRY.

(Jan. 5, 1903.)

#### APPEAL—DISMISSAL.

1. Nothing showing that an appeal has been taken, and the case not being one in which an appeal would lie to this court, the appeal is dismissed.

(Syllabus by the Court.)

Appeal from judicial district court, parish of Claiborne; Benjamin P. Edwards, Judge.

G. I. Rasberry was indicted for crime. From the judgment the state appeals. Dismissed.

John C. Theus, Dist. Atty., for the State. Enos Howard McClendon, for appellee.

PROVOSTY, J. This purports to be an appeal by the state, but nothing in the record shows that an appeal was taken. Besides, the case is not one in which an appeal would lie to this court.

The appeal is dismissed.